IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN SCOT HANN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-1453 |
| | : | |
| **MARTIN O'MALLEY,** [1] | : | |
| **Commissioner of Social Security** | | |

# ORDER

AND NOW, this 12th day of January 2024, upon considering the Complaint (ECF No. 1) and the subsequent consent Motion to dismiss under Fed. R. Civ. P. 41(a)(2) (ECF No. 20), Judge Carol Sandra Moore Wells's January 2, 2024 Report and Recommendation (ECF No. 21), and relying upon Plaintiff's consent to dismissal, it is **ORDERED**:

1. Judge Wells's January 2, 2024 Report and Recommendation (ECF No. 21) is **APPROVED** and **ADOPTED**;

2. Plaintiff's uncontested Motion to dismiss (ECF No. 20) is **GRANTED**; and

3. The Clerk of the Court shall mark this case **CLOSED**.

_____
**KEARNEY, J.**

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Martin O'Malley should be substituted for Kilolo Kijakazi under Federal Rule of Civil Procedure 25(d) and no further action is necessary under 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office. ").